Willi v. Lucas.

ADA WILLI, Appellant, v. EUGENE E. LUCAS,. Respondent.

**St. Louis Court of Appeals, March·18, 1890.**

**Jurisdiction, Appellate:** AMOUNT IN CONTROVERSY. The supreme court has jurisdiction of an appeal taken by a plaintiff from a judgment for the defendant in an action for personal injuries in which the damages are laid in a sum exceeding twenty-five hundred dollars, and there is nothing in the record debarring the plaintiff, if he has a cause of action, from recovering more than said sum.

*Appeal from the Montgomery Circuit Court.*—HON. E. M. HUGHES, Judge.

TRANSFERRED TO SUPREME COURT.

*Sol. Hughlett,* for the appellant.

*Emil Rosenberger,* for the respondent.

ROMBAUER, P. J., delivered the opinion of the court.

This is an action for injuries to the plaintiff's person, the damages in the petition being laid at ten thousand dollars. Upon the trial of the cause, the court instructed the jury to find a verdict for the defendant which they did. There is nothing in the record showing that, if the plaintiff was entitled to recover at all, she was not entitled to recover an amount exceeding twenty-five hundred dollars, and hence the supreme court has exclusive jurisdiction of this appeal. All the judges concurring, it is ordered that the clerk at once transfer the record in this cause with a copy of the order of transfer to the supreme court.